IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY L. THOMAS,

    Petitioner,

v.

DIRECTOR OF SAND RIDGE SECURE
TREATMENT CENTER,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-775-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Anthony L. Thomas for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to prosecute.

_____       _10/4/12_
Peter Oppeneer, Clerk of Court      Date